UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KIRK ELBERT                                            CIVIL ACTION

VERSUS                                                 NUMBER 10-550-RET

HORACE MANN
INSURANCE COMPANY

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 1, 2011, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, both the first and second Motions to Remand filed by plaintiff Kirk Elbert will be granted and this matter will be remanded to the 19th Judicial District, Parish of East Baton Rouge Parish, State of Louisiana.

Baton Rouge, Louisiana, June 6, 2011.

_____
RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA